Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 3 9 2 1 5 9 0 |

**4. Debtor's address**

**Principal place of business**

_____
**6587 Las Vegas Blvd S Unit 171**
Number    Street

**Las Vegas, NV 89119-3234**
City                    State    ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

**Nevada Bankruptcy Attorneys**
**5940 S Rainbow Blvd Ste 400 Pmb 99721**
Number    Street

**Las Vegas, NV 89118-2507**
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
**E108 Woodfield Mall**
Number    Street

**Schaumburg, IL 60173**
City                    State    ZIP Code

**5. Debtor's website (URL)**    **https://velocityesports.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                    Case number *(if known)* _____
                Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

        **7    1    3    9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

        District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.          Debtor  **Velocity Esports Las Vegas Town Square, LLC**    Relationship  **Affiliate**

        District  **District of Nevada**                    When _____
                                                                    MM / DD / YYYY

        Case number, if known  _____

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**         Case number *(if known)* _____

          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>       Number       Street<br><br>       _____<br><br>       _____<br>       City            State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999  ☐ 10,001-25,000                 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**          Case number *(if known)*
Name

---

**16. Estimated liabilities**

☐ $0-$50,000          ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion

☐ $50,001-$100,000          ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000          ☐ $50,000,001-$100 million          ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million          ☐ $100,000,001-$500 million          ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**          Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/08/2025**
MM/ DD/ YYYY

**X  /s/ Philip Kaplan**                    **Philip Kaplan**
Signature of authorized representative of debtor          Printed name

Title  **Director of Velocity Esports, Inc.**

---

**18. Signature of attorney**

**X          /s/ Matthew Knepper**          Date **05/08/2025**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Matthew Knepper**
Printed name

**Nevada Bankruptcy Attorneys, LLC**
Firm name

**5502 S Fort Apache Rd Ste 200**
Number          Street

**Las Vegas**          **NV**          **89148-7683**
City          State          ZIP Code

**(702) 805-1659**          **mknepper@nvbankruptcyattorneys.com**
Contact phone          Email address

**12796**          **NV**
Bar number          State

---

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                                    Case number *(if known)*

Name

---

**Additional Page**

---

10. Continued

Debtor  **Velocity Esports Newport Kentucky, LLC**         Relationship  **Affiliate**

District  **District of Nevada**                            When

MM / DD / YYYY

Case number, if known

Debtor  **Velocity Esports, Inc.**                          Relationship  **Parent
                                                                          Company**

District  **District of Nevada**                            When

MM / DD / YYYY

Case number, if known

Debtor  **Velocity Esports Orlando Downtown, LLC**          Relationship  **Affiliate**

District  **District of Nevada**                            When

MM / DD / YYYY

Case number, if known

---

Fill in this information to identify the case:

Debtor Name    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

United States Bankruptcy Court for the: District of    **Nevada**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | |
| 3.2. | | | |

4. **Other cash equivalents** *(Identify all)*

4.1 _____
4.2 _____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 | **NFS Leasing, Inc.** | **$5,405.40** |
|---|---|---|

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**        Case number *(if known)* _____
       Name

| | | |
|---|---|---:|
| 7.2 | **NFS Leasing, Inc.** | $7,734.04 |
| 7.3 | **Woodfield Mall LLC** | $250,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1 | **NFS Leasing, Inc.** | $109,788.48 |
| 8.2 | **NFS Leasing, Inc.** | $77,258.96 |

9.    **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.                           | $450,186.88 |

---

**Part 3:**    Accounts receivable

10.    **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |

11.    **Accounts receivable**

   11a. 90 days old or less: _____ - _____ =.....➡   _____
                   face amount      doubtful or uncollectible accounts

   11b. Over 90 days old: _____ - _____ =.....➡   _____
                   face amount      doubtful or uncollectible accounts

12.    **Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | _____ |

---

**Part 4:**    Investments

13.    **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

14.    **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1. _____    _____    _____

---

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**          Case number *(if known)* _____
          Name

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**                                                           [                    ]
    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Food | 03/30/2025 MM / DD / YYYY | $6,768.18 | | $6,768.18 |
| Bar and Liquor | 03/30/2025 MM / DD / YYYY | $3,613.87 | | $3,613.87 |
| Redemption | 03/30/2025 MM / DD / YYYY | $33,193.47 | | $33,193.47 |

23. **Total of Part 5**                                                           [      $43,575.52      ]
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No
    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____    Valuation method _____    Current value _____

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                    Case number *(if known)* _____
          Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

| Debtor | **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Extra Shelf & Heavy Duty Metal Shelving** | $195.51 | **Purchase FMV with Standard Line Depreciation** | $195.51 |
| **MixRite Equipment Stand** | $141.73 | **Purchase FMV with Standard Line Depreciation** | $141.73 |
| **Glass Shelf, Metal Shelf, Slatwall, Acrylic Risers etc.** | $2,508.03 | **Purchase FMV with Standard Line Depreciation** | $2,508.03 |
| **Glass Shelf, Wire basket sign holder, Slatwall, Label holder etc.** | $620.68 | **Purchase FMV with Standard Line Depreciation** | $620.68 |
| **Table and Seating Excalibur, Square Bar Height table, Gallon Square Black Waste Container** | $2,899.76 | **Purchase FMV with Standard Line Depreciation** | $2,899.76 |
| **Modern Computer Desk, Home Office Desk with Storage, Metal Wood, Biometric Gun Safe** | $223.84 | **Purchase FMV with Standard Line Depreciation** | $223.84 |
| **Monoprice - Extra Patch Panels for Back Bar Art Piece** | $50.67 | **Purchase FMV with Standard Line Depreciation** | $50.67 |
| **Standard Duty Workbench Leg, Support Brace 60" Top Width** | $549.81 | **Purchase FMV with Standard Line Depreciation** | $549.81 |
| **Small Parts Cabinet, Plastic Bench & Butane Torch** | $697.81 | **Purchase FMV with Standard Line Depreciation** | $697.81 |
| **Standard Cabinet, Fiberglass step ladder, & Bench vise** | $398.99 | **Purchase FMV with Standard Line Depreciation** | $398.99 |
| **Furniture & Fixtures - amazon.com** | $676.20 | **Purchase FMV with Standard Line Depreciation** | $676.20 |
| **TW 380 (Black Laminate, Silver Frame)** | $2,169.91 | **Purchase FMV with Standard Line Depreciation** | $2,169.91 |
| **Furniture & Fixtures - amazon.com** | $228.45 | **Purchase FMV with Standard Line Depreciation** | $228.45 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                Case number *(if known)* _____
            Name

| | | | |
|---|---|---|---|
| **Extra Shelf for the 929364B** | $117.70 | Purchase FMV with Standard Line Depreciation | $117.70 |
| **Extra Shelf for the 929364B** | $68.29 | Purchase FMV with Standard Line Depreciation | $68.29 |
| **Chase Doors Light to Medium Duty Service Door Single Panel Black 3' x 7' 3684NWS-BK** | $1,614.29 | Purchase FMV with Standard Line Depreciation | $1,614.29 |
| **OPTIMIZED SUPERWORKSTATION (X1SPA-TF, 7** | $5,614.18 | Purchase FMV with Standard Line Depreciation | $5,614.18 |
| **CAMBRO SHELVING - NO ATTACH INVOICE** | $2,466.27 | Purchase FMV with Standard Line Depreciation | $2,466.27 |
| **DISPLAY CASES** | $2,069.55 | Purchase FMV with Standard Line Depreciation | $2,069.55 |
| 40. **Office fixtures** | | | |
| **Glass Cases** | $2,985.59 | Purchase FMV with Standard Line Depreciation | $2,985.59 |
| **Fake Bricks** | $3,100.46 | Purchase FMV with Standard Line Depreciation | $3,100.46 |
| **LKM10-30-CLEAR - QTY:48 UNIT PRICE 315** | $6,552.00 | Purchase FMV with Standard Line Depreciation | $6,552.00 |
| **Specialty Store Services- Redemption Supplies- PreOpening Fixed Asset** | $564.67 | Purchase FMV with Standard Line Depreciation | $564.67 |
| **Blade Sign; Design, Print 2 but install only 1 1 Original** | $1,494.13 | Purchase FMV with Standard Line Depreciation | $1,494.13 |
| **Fabricate & Install (1) set of LED illuminated channel letters with tag line"** | $15,596.53 | Purchase FMV with Standard Line Depreciation | $15,596.53 |
| **Produce and Apply Full Color Graphics on Customer/Mall Supplied Barricade at Woodfield Mall.** | $3,260.83 | Purchase FMV with Standard Line Depreciation | $3,260.83 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Bi-Pin Base Tubular Light Bulbs** | $313.19 | Purchase FMV with Standard Line Depreciation | $313.19 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**    Case number *(if known)* _____
        Name

| | | | |
|---|---|---|---|
| **Cambro Camshelving Elements XTRA Corner Connector Set Speckled Gra** | $950.51 | **Purchase FMV with Standard Line Depreciation** | $950.51 |
| **Quik Drop** | $9,626.67 | **Book Value - Purchase FMV with Standard Line Depreciation** | $14,440.00 |
| **10" Circle Logos 1 Original** | $138.00 | **Purchase FMV with Standard Line Depreciation** | $138.00 |
| **12" Circle Logos 1 Original** | $76.67 | **Purchase FMV with Standard Line Depreciation** | $76.67 |
| **16" Circle Logos 1 Original** | $122.67 | **Purchase FMV with Standard Line Depreciation** | $122.67 |
| **Smallwares Order** | $9,367.07 | **Purchase FMV with Standard Line Depreciation** | $9,367.07 |
| **G.E.T Black Elegance Wide Rim Plate 9" Melamine (Case of 24)** | $2,147.85 | **Purchase FMV with Standard Line Depreciation** | $2,147.85 |
| **OFG-323 Open Fryer, gas, 3 wells, 65 pou** | $8,840.24 | **Purchase FMV with Standard Line Depreciation** | $8,840.24 |
| **TACO PREP / HOT DOG TRAY, PIZZA CUTTER, PIZZA PEEL etc.** | $4,683.53 | **Purchase FMV with Standard Line Depreciation** | $4,683.53 |
| **Steel Works Stainless Steel Underbar Raised Liquor Bottle Display 24"** | $1,151.43 | **Purchase FMV with Standard Line Depreciation** | $1,151.43 |
| **VARIOUS MATERIALS and HVAC/R LABOR, ELECTRICAL LABOR, CARPENTRY LABOR** | $40,997.09 | **Purchase FMV with Standard Line Depreciation** | $40,997.09 |
| **DRAFT BEER / WINE DISPENSING TOWER, BEVERAGE TRUNK HOUSING, DRAFT BEER SYSTEM PARTS, TUBING, WAIVER** | $10,493.08 | **Purchase FMV with Standard Line Depreciation** | $10,493.08 |
| **Flooring for walk in and Freezer** | $6,954.03 | **Purchase FMV with Standard Line Depreciation** | $6,954.03 |
| **Insertion tool, Power Connector** | $291.33 | **Purchase FMV with Standard Line Depreciation** | $291.33 |
| **M118-SC-US26D-ST-KD 1 1/8 CYL SCHLAGE (SATIN CHROME), 15996-SC-26D C KWY CYLS, 6621WO PADLOCK 5/16DIA (DK) DOOR KEY COMPATIBLE, C/C OF NEW LOCK TO SAMPLE KEY, KUSTOM CUT KEYS** | $1,655.91 | **Purchase FMV with Standard Line Depreciation** | $1,655.91 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**    Case number *(if known)* _____
   Name

| | | | |
|---|---|---|---|
| **Camera System for Schaumburg** | $3,569.48 | **Purchase FMV with Standard Line Depreciation** | $3,569.48 |
| **AV System Equipment** | $11,385.60 | **Purchase FMV with Standard Line Depreciation** | $11,385.60 |
| **AV System Equipment** | $7,590.40 | **Purchase FMV with Standard Line Depreciation** | $7,590.40 |
| **AV System Equipment** | $60,033.15 | **Purchase FMV with Standard Line Depreciation** | $60,033.15 |
| **Cat6A Shielded Stranded CM - 10Gb, 26AWG, U//FTP, Bulk Networking Cable x 16 1000FT / BLACK** | $313.30 | **Purchase FMV with Standard Line Depreciation** | $313.30 |
| **Amazon.com** | $608.52 | **Purchase FMV with Standard Line Depreciation** | $608.52 |
| **Amazon.com** | $24.83 | **Purchase FMV with Standard Line Depreciation** | $24.83 |
| **Line Laser & Stud Finder** | $34.09 | **Purchase FMV with Standard Line Depreciation** | $34.09 |
| **IT Supplies** | $492.15 | **Purchase FMV with Standard Line Depreciation** | $492.15 |
| **Computers, Cables Radios, Misc** | $792.51 | **Purchase FMV with Standard Line Depreciation** | $792.51 |
| **R3M1 / Blackwidow V3 - TKL - Yellow Switch, RZ04-04570100-R3U1 / BlackShark V2 X USB, RZ01-04650100-R3U1 / Razer Cobra Wired Gaming Mouse, RZ02-03330400-R3U1 / Gigantus V2 XXL** | $426.85 | **Purchase FMV with Standard Line Depreciation** | $426.85 |
| **Infinity Cable Products** | $291.33 | **Purchase FMV with Standard Line Depreciation** | $291.33 |
| **J Hooks, J Hooks with batwings, light bulbs for hood systems** | $58.90 | **Purchase FMV with Standard Line Depreciation** | $58.90 |
| **Padding for HVAC poles on game floor, Ops PC monitor power cords, Ops PC adapter cables for monitors** | $98.78 | **Purchase FMV with Standard Line Depreciation** | $98.78 |
| **Best Buy.com- Schaumburg, TVs for Esports Consoles** | $482.21 | **Purchase FMV with Standard Line Depreciation** | $482.21 |
| **Bar Network Printer, Monitor, FiberOptic Cable: Esports** | $70.23 | **Purchase FMV with Standard Line Depreciation** | $70.23 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| Smash Bros DLC Pass 1-10 of 10 | $69.38 | Purchase FMV with Standard Line Depreciation | $69.38 |
| Esports Supplies: Adapters, charging dock, grip controllers, PS5 controllers, Memory PS5 1of5, Supplies:Memory PS5 2+3of5, Esports Supplies:Memory PS5 4+5of5, Esports Chargring Cables, Esports SSBU games and Switch Adaptersv | $419.76 | Purchase FMV with Standard Line Depreciation | $419.76 |
| Walmart- Schaumburg Esports F/A Xbox, Target- Schaumburg Esports F/A Xbox | $296.13 | Purchase FMV with Standard Line Depreciation | $296.13 |
| Magnetic Helping Hands Soldering - Amazon.com | $811.07 | Purchase FMV with Standard Line Depreciation | $811.07 |
| Added TVs for bar (1617) | $430.16 | Purchase FMV with Standard Line Depreciation | $430.16 |
| Gaming Laptop - Amazon.com | $366.66 | Purchase FMV with Standard Line Depreciation | $366.66 |
| Fortinet Forticare 24x7 com.su | $49.83 | Purchase FMV with Standard Line Depreciation | $49.83 |
| Fortinet Fortiswitch, FortiAP, FortiGate | $806.61 | Purchase FMV with Standard Line Depreciation | $806.61 |
| ESPORTS LOCKER, TOEKICK ACCESSORY, GAMING HUB, VELOCITY 'V' ESPORTS, BKNRBN | $1,249.62 | Purchase FMV with Standard Line Depreciation | $1,249.62 |
| Fortinet Fortiswitch, FortiAP | $702.14 | Purchase FMV with Standard Line Depreciation | $351.07 |
| Playstation 5 console - Marvel's Spider-Man 3 bundle (slim) | $122.22 | Purchase FMV with Standard Line Depreciation | $122.22 |
| Xzipit Xpression gaming chair with logo, Dilon silver club black chair, Gaming, Tbl 36x30x24-32" Blk w/Red edge, DS Billard table Panther 88 Cherry | $3,655.80 | Purchase FMV with Standard Line Depreciation | $3,655.80 |
| Apple Media Film Citizen Printer | $1,785.83 | Purchase FMV with Standard Line Depreciation | $1,785.83 |
| Tabletop | $239.72 | Purchase FMV with Standard Line Depreciation | $239.72 |
| Big Bass Wheel | $7,800.00 | Book Value - Purchase FMV with Standard Line Depreciation | $12,000.00 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**          Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **Pop the Lock** | $5,525.00 | Book Value - Purchase FMV with Standard Line Depreciation | $8,500.00 |
| **Sink It Shootout (2Games+Sign)** | $8,775.00 | Book Value - Purchase FMV with Standard Line Depreciation | $13,500.00 |
| **Monster Drop Xtreme** | $11,375.00 | Book Value - Purchase FMV with Standard Line Depreciation | $17,500.00 |
| **Black Hole** | $2,925.00 | Book Value - Purchase FMV with Standard Line Depreciation | $4,500.00 |
| **Hoop It Up 10'** | $7,475.00 | Book Value - Purchase FMV with Standard Line Depreciation | $11,500.00 |
| **Let's Bounce** | $5,200.00 | Book Value - Purchase FMV with Standard Line Depreciation | $8,000.00 |
| **Red Zone Rush 4 Player** | $15,925.00 | Book Value - Purchase FMV with Standard Line Depreciation | $24,500.00 |
| **Marvel's Avengers 2P Card** | $14,131.00 | Book Value - Purchase FMV with Standard Line Depreciation | $21,740.00 |
| **Spongebob Pirates 2PL Pusher** | $14,131.00 | Book Value - Purchase FMV with Standard Line Depreciation | $21,740.00 |
| **Connect 4 Hoops** | $20,488.00 | Book Value - Purchase FMV with Standard Line Depreciation | $31,520.00 |
| **Jet Pong** | $5,297.50 | Book Value - Purchase FMV with Standard Line Depreciation | $8,150.00 |
| **Power Roll** | $8,833.50 | Book Value - Purchase FMV with Standard Line Depreciation | $13,590.00 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                Case number *(if known)* _____
    Name

| | | | |
|---|---|---|---|
| **Taj Mahal Mini Rings** | $7,312.50 | Book Value - Purchase FMV with Standard Line Depreciation | $11,250.00 |
| **Carnival Wheel** | $17,842.50 | Book Value - Purchase FMV with Standard Line Depreciation | $27,450.00 |
| **Air FX Air Hockey** | $4,452.50 | Book Value - Purchase FMV with Standard Line Depreciation | $6,850.00 |
| **Stepmaniax Arcade** | $6,363.50 | Book Value - Purchase FMV with Standard Line Depreciation | $9,790.00 |
| **House of the Dead Scarlet Dawn** | $14,131.00 | Book Value - Purchase FMV with Standard Line Depreciation | $21,740.00 |
| **Prize Locker** | $4,238.00 | Book Value - Purchase FMV with Standard Line Depreciation | $6,520.00 |
| **Really Big Machine** | $7,351.50 | Book Value - Purchase FMV with Standard Line Depreciation | $11,310.00 |
| **(2) Redeem Machine Kiosk** | $9,945.00 | Book Value - Purchase FMV with Standard Line Depreciation | $15,300.00 |
| **Big Bass Wheel Light Kit** | $1,625.00 | Book Value - Purchase FMV with Standard Line Depreciation | $2,500.00 |
| **HyperPitch** | $8,125.00 | Book Value - Purchase FMV with Standard Line Depreciation | $12,500.00 |
| **(2) Quick Shot** | $13,429.00 | Book Value - Purchase FMV with Standard Line Depreciation | $20,660.00 |
| **(2) E Claw 900 2 PL Crane** | $19,227.00 | Book Value - Purchase FMV with Standard Line Depreciation | $29,580.00 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**          Case number *(if known)* _____
              Name

| | | | |
|---|---|---|---|
| **Candy House** | $1,313.00 | Book Value - Purchase FMV with Standard Line Depreciation | $2,020.00 |
| **Mega Prize Self Merchandiser** | $1,943.50 | Book Value - Purchase FMV with Standard Line Depreciation | $2,990.00 |
| **(2) Allstars Basketball** | $7,973.33 | Book Value - Purchase FMV with Standard Line Depreciation | $11,960.00 |
| **Space Warp 66 DX** | $5,726.67 | Book Value - Purchase FMV with Standard Line Depreciation | $8,590.00 |
| **Space Raider** | $5,073.33 | Book Value - Purchase FMV with Standard Line Depreciation | $7,610.00 |
| **Ticket Dome** | $6,526.67 | Book Value - Purchase FMV with Standard Line Depreciation | $9,790.00 |
| **Wicked Tuna 2-Player** | $5,800.00 | Book Value - Purchase FMV with Standard Line Depreciation | $8,700.00 |
| **(4) Need for Speed Heat** | $31,893.33 | Book Value - Purchase FMV with Standard Line Depreciation | $47,840.00 |
| **Extreme Air FX Air Hockey** | $4,640.00 | Book Value - Purchase FMV with Standard Line Depreciation | $6,960.00 |
| **Maxitune 5DX+ 4PLYR** | $30,433.33 | Book Value - Purchase FMV with Standard Line Depreciation | $45,650.00 |
| **(2) Fast & Furious Arcade Motion** | $31,893.33 | Book Value - Purchase FMV with Standard Line Depreciation | $47,840.00 |
| **Halo 4 Player Tethered Gun** | $13,040.00 | Book Value - Purchase FMV with Standard Line Depreciation | $19,560.00 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                    Case number *(if known)* _____

Name

| | | Book Value - Purchase FMV with Standard Line Depreciation | |
|---|---|---|---|
| **King Kong of Skull Island VR** | $26,846.67 | | $40,270.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | Book Value - Purchase FMV with Standard Line Depreciation | |
|---|---|---|---|
| 42.1 **Fast & Furious Arcade Marquee** | $6.67 | | $10.00 |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$888,394.67

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |

Debtor  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**      Case number *(if known)* _____

Name

| | | | | |
|---|---|---|---|---|
| 49.2 _____ | | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____      _____    _____    _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.        ☐ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        ☐ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**    Case number *(if known)* _____
　　　　　Name

---

59.　**Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61.　**Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62.　**Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63.　**Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64.　**Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65.　**Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66.　**Total of Part 10**

　　　Add lines 60 through 65. Copy the total to line 89.　　　　　　　　　　　　　　　　　　　　☐ _____

67.　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70.　**Does the debtor own any other assets that have not yet been reported on this form?**

　　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Current value of debtor's interest

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**
          Name                                                                    Case number *(if known)* _____

---

71. **Notes receivable**

    Description (include name of obligor)

    _____     _____ – _____     = ➡     _____
                                      Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____     Tax year _____     _____

    _____     Tax year _____     _____

    _____     Tax year _____     _____

73. **Interests in insurance policies or annuities**

    _____                              _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Simon Properties Failed to Provide Material Disclosures about Property Condition and Unreasonably
    Cause Significant Delays to the Opening of the Schaumburg Location**                        **unknown**

    **Nature of claim**        **Landlord/Tenant**

    **Amount requested**          **unknown**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    _____                              _____

    **Nature of claim**        _____

    **Amount requested**       _____

76. **Trusts, equitable or future interests in property**

    _____                              _____

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    _____                              _____

    _____                              _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                      [_____]

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name                                                                    Case number *(if known)* _____

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $450,186.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $43,575.52 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $888,394.67 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................ ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $1,382,157.07 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | $1,382,157.07 |

Fill in this information to identify the case:

Debtor name __**VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**__

United States Bankruptcy Court for the: District of __**Nevada**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**NewtekOne**<br><br>**Creditor's mailing address**<br>**4800 T Rex Ave**<br>**Boca Raton, FL 33431-4479**<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred** _____<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>1) NFS Leasing, Inc.; 2) NFS Leasing, Inc.; **3) NewtekOne** | **Describe debtor's property that is subject to a lien**<br>all of the borrower's present and future personal property—regardless of location—including accounts, inventory, equipment, intangibles, and all related proceeds and products.<br><br>**Describe the lien**<br>SBA Loan<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,476,815.00 | unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,081,229.68

Debtor   **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                          Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | Amount of claim | Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

NFS Leasing, Inc.

**Creditor's mailing address**

900 Cummings Ctr Ste 226u

Beverly, MA 01915-6183

**Creditor's email address, if known**

_____

**Date debt was incurred**      06/14/2023

**Last 4 digits of account number**   0  2  3  8

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     For all of the borrower's present and future personal property—regardless of location—including accounts, inventory, equipment, intangibles, and all related proceeds and products.: **1) NFS Leasing, Inc.**; 2) NFS Leasing, Inc.; 3) NewtekOne

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Big Bass Wheel, Big Bass Wheel Light Kit, Black Hole, Candy House, Carnival Wheel, Hoop It Up 10', House of the Dead Scarlet Dawn, HyperPitch, (2) F Claw 900 2 Pl, Crane, Jet Pong, Let's Bounce, Air FX Air Hockey, Connect 4 Hoops, Marvel's Avengers 2P Card, Mega Prize Self Merchandiser, Monster Drop Xtreme, Pop the Lock, Power Roll, Prize Locker, (2) Quick Shot, Really Big Machine, Red Zone Rush 4 Player, (2) Redeem Machine Kiosk, Spongebob Pirates 2Pl, Pusher, Sink It Shootout (2Games+Sign), Taj Mahal Mini Rings, Stepmaniax Arcade, All current and future assets of the guarantor covered by Article 9 of the UCC—including accounts, equipment, inventory, intellectual property, leases, money, bank accounts, claims, records, and all proceeds, replacements, and related rights, all of the borrower's present and future personal property,—regardless of location—including accounts, inventory equipment, intangibles, and all related proceeds and products.

**Describe the lien**

Leasing Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$355,765.88

$377,200.00

**Remarks:** Schedule 1

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  2  of  3

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**
_____
Name

Case number (if known) _____

| **Part 1:** | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | _Column A_ **Amount of claim** Do not deduct the value of collateral. | _Column B_ **Value of collateral that supports this claim** |
|---|---|---|---|

**2.3** **Creditor's name**

NFS Leasing, Inc.

**Describe debtor's property that is subject to a lien**

(2) Allstars Basketball, (2) Fast & Furious Arcade Motion, (4) Need for Speed Heat, Extreme Air FX Air Hockey, Fast & Furious Arcade Marquee, Halo 4 Player Tethered Gun, Maxitune 5DX+ 4PLYR, King Kong of Skull Island VR, Quik Drop, Space Raider, Space Warp 66 DX, Ticket Dome, Wicked Tuna 2-Player, all of the borrower's present and future personal property —regardless of location—including accounts, inventory, equipment, intangibles, and all related proceeds and products.

$248,648.80    $269,220.00

**Creditor's mailing address**

900 Cummings Ctr Ste 226u

Beverly, MA 01915-6183

**Creditor's email address, if known**
_____

**Date debt was incurred**    11/02/2023

**Last 4 digits of account number**    0  2  3  8

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     For all of the borrower's present and future personal property—regardless of location—including accounts, inventory, equipment, intangibles, and all related proceeds and products.; 1) NFS Leasing, Inc.; **2) NFS Leasing, Inc.**; 3) NewtekOne

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Equipment Leasing Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Schedule 2

Fill in this information to identify the case:

Debtor name __**VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**__

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**      Case number *(if known)* _____
       Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Betson Enterprises**

**Attn Betson Imperial Parts & Service**

**303 Paterson Plank Rd**

**Carlstadt, NJ 07072-2307**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Equipment Provider**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$466.61**

---

**3.2**   Nonpriority creditor's name and mailing address

**BMI Merchandise, Inc.**

**1960 Rutgers Univ Blvd**

**Lakewood, NJ 08701-4537**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Merchandise Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$1,606.17**

---

**3.3**   Nonpriority creditor's name and mailing address

**Brink's U.S.**

**Po Box 18100**

**Richmond, VA 23226-8100**

Date or dates debt was incurred   _____

Last 4 digits of account number   **5  2  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$30,037.04**

---

**3.4**   Nonpriority creditor's name and mailing address

**ComEd**

**Po Box 805379**

**Chicago, IL 60680-4179**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Electric Utility**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$2,560.48**

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**D & H Lawn Irrigation Inc.**

**Po Box 128**

**Tinley Park, IL 60477-0128**

Date or dates debt was incurred    **12/09/2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$1,015.00

---

**3.6** Nonpriority creditor's name and mailing address

**Ecolab USA Inc.**

**1 Ecolab Pl**

**Saint Paul, MN 55102-2739**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Commercial Sanitation Supplier, Pest Control**
Basis for the claim:  **Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$572.65

---

**3.7** Nonpriority creditor's name and mailing address

**Fish Window Cleaning**

**200 Enchanted Pkwy**

**Manchester, MO 63021-5418**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Window Cleaning**
Basis for the claim:  **Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$100.00

---

**3.8** Nonpriority creditor's name and mailing address

**Focal Service LLC**

**1333 Burr Ridge Pkwy Ste 200**

**Burr Ridge, IL 60527-0833**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Printer/Copier Rental**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$4,289.53

---

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,749.00 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

**Intercard, Inc.**

**1884 Lackland Hill Pkwy Ste 1**

**Saint Louis, MO 63146-3569**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,749.00

---

**3.10** Nonpriority creditor's name and mailing address

**Johnson Controls Security Solutions**

**Po Box 591**

**Milwaukee, WI 53201**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance Services**

Is the claim subject to offset?
☑ No
☐ Yes

$600.00

---

**3.11** Nonpriority creditor's name and mailing address

**NUCO2**

**2800 Se Market Pl**

**Stuart, FL 34997-4965**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carbon Dioxide Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$508.39

---

**3.12** Nonpriority creditor's name and mailing address

**RM Services LLC**

**226 New London Tpke**

**Wyoming, RI 02898-1017**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cooler Repair Services**

Is the claim subject to offset?
☑ No
☐ Yes

$4,224.90

---

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.00 |
|---|---|---|---|

**Stuever & Sons Beverage Systems**

**1001 N Lombard Rd**

**Lombard, IL 60148-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Beer Line Contracting Services**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.00 |
|---|---|---|---|

**Sun Ray Heating, Inc.**

**21740 Main St**

**Matteson, IL 60443-2746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC Maintenance**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.52 |
|---|---|---|---|

**Toy Factory, LLC**

**1235 Gembler Rd**

**San Antonio, TX 78219-3212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise Supplier**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.   **+** | **$51,713.29** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$51,713.29** |

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Telecommunication Services** | **Astound Broadband, LLC** |
| | | **Contract to be REJECTED** | **650 College Rd E Ste 3100** |
| | State the term remaining | **0 months** | **Princeton, NJ 08540-6629** |
| | List the contract number of any government contract | _____ | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Point-of-Sale Provider** | **CenterEdge Software** |
| | | **Contract to be REJECTED** | **Po Box 1359** |
| | State the term remaining | **0 months** | **Roxboro, NC 27573-1359** |
| | List the contract number of any government contract | _____ | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Printer and Copier Services** | **Focal Service LLC** |
| | | **Contract to be REJECTED** | **1333 Burr Ridge Pkwy Ste 200** |
| | State the term remaining | **0 months** | **Burr Ridge, IL 60527-0833** |
| | List the contract number of any government contract | _____ | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Equipment Lease** | **NFS Leasing, Inc.** |
| | | **Contract to be ASSUMED** | **900 Cummings Ctr Ste 226u** |
| | State the term remaining | **0 months** | **Beverly, MA 01915-6183** |
| | List the contract number of any government contract | _____ | |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                                              Case number *(if known)* _____
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Equipment Lease** | **NFS Leasing, Inc.** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **900 Cummings Ctr Ste 226u** |
| | State the term remaining | **0 months** | **Beverly, MA 01915-6183** |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Jukebox/Music Service Provider** | **Rockbot, Inc.** |
|---|---|---|---|
| | | **Contract to be REJECTED** | **1625 Clay St** |
| | State the term remaining | **0 months** | **Oakland, CA 94612-1562** |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Woodfield Mall LLC** |
|---|---|---|---|
| | | **Contract to be REJECTED** | **c/o M.S. Management Associates inc.** |
| | State the term remaining | **0 months** | **225 W Washington St** |
| | List the contract number of any government contract | | **Indianapolis, IN 46204-3435** |

**Fill in this information to identify the case:**

Debtor name  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

United States Bankruptcy Court for the: District of  **Nevada**
                                                      (State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

---

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **4940 West Ponderosa, LLC** | **2443 Fillmore St Pmb 289** <br> Street <br><br> **San Francisco, CA 94115-1814** <br> City          State          ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **4958 West Ponderosa I, LLC** | **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City          State          ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **4958 West Ponderosa II, LLC** | **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City          State          ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 **745 Quaking Aspen, LLC** | **2443 Fillmore St Pmb 289** <br> Street <br><br> **San Francisco, CA 94115-1814** <br> City          State          ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |

---

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                 Case number (if known) _____
Name

| ■ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | **Leonard Wanger** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City    State    ZIP Code | **NFS Leasing, Inc.**<br><br><br>**NewtekOne** | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.6 | **Philip N Kaplan** | **2443 Fillmore St #289**<br>Street<br><br>**San Francisco, CA 94115-1814**<br>City    State    ZIP Code | **NFS Leasing, Inc.**<br><br><br>**NewtekOne** | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.7 | **Philip N. Kaplan Sep. Prop. Trust dtd 6/27/2011** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | **The LRW Revocable Trust, dated 3/9/2012** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | **Velocity Esports Chicago Schaumburg, LLC** | **6587 Las Vegas Blvd S Unit 171**<br>Street<br><br>**Las Vegas, NV 89119-3234**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC** | **6587 Las Vegas Blvd S Unit 171**<br>Street<br><br>**Las Vegas, NV 89119-3234**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.11 | **VELOCITY ESPORTS NEWPORT KENTUCKY II, LLC** | **1 Levee Way Ste 2130** <br> Street <br><br> **Newport, KY 41071-1658** <br> City        State        ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.12 | **VELOCITY ESPORTS NEWPORT KENTUCKY, LLC** | **1 Levee Way Ste 2130** <br> Street <br><br> **Newport, KY 41071-1658** <br> City        State        ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.13 | **VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC** | **6587 Las Vegas Blvd S Unit 171** <br> Street <br><br> **Las Vegas, NV 89119-3234** <br> City        State        ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.14 | _____ | Street <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.15 | _____ | Street <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H        Schedule H: Codebtors        page __3__ of __3__

---

**Fill in this information to identify the case:**

Debtor name  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____    Chapter  **11**

☐ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*................................................................................................

    | $0.00 |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*..............................................................................................

    | $1,382,157.07 |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*................................................................................................

    | $1,382,157.07 |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $3,081,229.68 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

    | $0.00 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

    | + $51,713.29 |

4. **Total liabilities**.................................................................................................................................

    Lines 2 + 3a + 3b

    | $3,132,942.97 |

Fill in this information to identify the case:

Debtor name  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$179,590.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$946,192.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

**2.   Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Astound Broadband, LLC**<br>Creditor's name<br><br>**650 College Rd E Ste 3100**<br>Street<br><br><br>**Princeton, NJ 08540-6629**<br>City          State    ZIP Code | 02/06/2025<br><br>02/10/2025<br><br>03/10/205 | $11,943.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.  **SYSCO CHICAGO INC**<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City          State    ZIP Code | 01/30/2025<br><br>02/05/2025<br><br>02/06/2025<br><br>02/06/2025<br><br>02/13/2025<br><br>02/20/2025<br><br>02/27/2025<br><br>02/27/2025<br><br>02/28/2025<br><br>03/06/2025<br><br>03/13/2025<br><br>03/20/2025<br><br>03/20/2025<br><br>03/24/2025<br><br>03/27/2025 | $18,107.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

Debtor   **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name

Case number *(if known)* _____

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | _____ | | _____ |
| Street | | | |
| _____ | _____ | | _____ |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **NFS Leasing, Inc.** | **See Exhibit Attached** | _____ | **$411,791.00** |
| Creditor's name | | | |
| **900 Cummings Ctr Ste 226u** | | | |
| Street | | | |
| _____ | | | |
| **Beverly, MA 01915-6183** | | | |
| City          State     ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. **Woodfield Mall LLC** | **Swept Security Deposit to Pay Arrearages** | _____ | **$250,000.00** |
| Creditor's name | | | |
| **225 W Washington St** | XXXX– __ __ __ __ | | |
| Street | | | |
| **c/o M.S. Management Associates inc.** | | | |
| **Indianapolis, IN 46204-3435** | | | |
| City          State     ZIP Code | | | |

**Part 3:**   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                                        Case number *(if known)* _____

Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | | | | ☐ Pending |
| | _____ | _____ | Name _____ | ☐ On appeal |
| | **Case number** | | Street _____ | ☐ Concluded |
| | _____ | | _____ | |
| | | | City          State    ZIP Code | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | _____ | _____ | _____ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street _____ | _____ | Name _____ |
| | _____ | **Case number** | Street _____ |
| | City       State    ZIP Code | _____ | _____ |
| | | **Date of order or assignment** | City          State    ZIP Code |
| | | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | _____ | _____ | _____ | _____ |
| | Recipient's name | | | |
| | Street _____ | | | |
| | _____ | | | |
| | City       State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                    Case number *(if known)*
_____
Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.    _____     _____     _____    _____

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**Address**

_____
Street

_____

_____
City                    State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**Trustee**

_____

Debtor  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**                     Case number *(if known)* _____
                    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **3838 N Kenneth Ave** | From _____ To **01/31/2023** |
| Street | |
| **Chicago, IL 60641-2814** | |
| City          State      ZIP Code | |
| 14.1. **E108 Woodfield Mall** | From **02/01/2023** To **05/07/2025** |
| Street | |
| **Schaumburg, IL 60173** | |
| City          State      ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**    Case number *(if known)* _____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ | _____ <br><br> **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Chase Bank** <br> Name <br> **Po Box 15299** <br> Street <br> **Attn: Bankruptcy Dept.** <br> **Wilmington, DE 19850-5299** <br> City          State    ZIP Code | XXXX– **5  2  8  1** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | **04/18/2025** | **$678.74** |

Debtor **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**          Case number *(if known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 18.2 | **Chase Bank** | XXXX– **3 6 1 0** | ☑Checking | **04/18/2025** | **$500.00** |

Name

**Po Box 15299**
Street

**Attn: Bankruptcy Dept.**

**Wilmington, DE 19850-5299**
City          State     ZIP Code

☐ Savings
☐ Money market
☐ Brokerage
☐ Other _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Velocity Esports, Inc.** | **6587 Las Vegas Blvd S Unit 171** | ~~See Exhibit Attached~~ | **$170,908.45** |
| Name | | | |
| **6587 Las Vegas Blvd S Unit 171** | **Las Vegas, NV 89119-3234** | | |
| Street | | | |
| **Las Vegas          NV** | | | |
| **89119-3234** | | | |
| City          State     ZIP Code | | | |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name                                                                Case number *(if known)*

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

Debtor **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**
Name
Case number *(if known)* _____

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>City        State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26.** **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Microsoft Dynamics GP fka Great Plains**<br>Name<br>**200 E Hardin St**<br>Street<br><br>**Findlay, OH 45840-4969**<br>City                State          ZIP Code | From _____  To _____ |
| 26a.2. **Intuit Quickbooks**<br>Name<br>**2700 Coast Ave**<br>Street<br><br>**Mountain View, CA 94043-1140**<br>City                State          ZIP Code | From _____  To _____ |
| 26a.3. **Brio Financial Group**<br>Name<br>**19 Sutter St**<br>Street<br><br>**San Francisco, CA 94104-4901**<br>City                State          ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor    VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC

Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26b.1. **Patrick Deane** <br> Name <br><br> **3838 N Kenneth Ave** <br> Street <br><br><br> **Chicago, IL 60641-2814** <br> City                    State              ZIP Code | From _____  To _____ |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Leonard Wanger** <br> Name <br><br> **3838 N Kenneth Ave** <br> Street <br><br><br> **Chicago, IL 60641-2814** <br> City                    State              ZIP Code | _____ <br><br> _____ <br><br> _____ |
| 26c.2. **Philip N Kaplan** <br> Name <br><br> **2443 Fillmore St #289** <br> Street <br><br><br> **San Francisco, CA 94115-1814** <br> City                    State              ZIP Code | If any books of account and records are unavailable, explain why <br><br> _____ <br><br> _____ <br><br> _____ |
| 26c.3. **Joshua Rosenbaum** <br> Name <br><br> **419 Bostwick Ln** <br> Street <br><br><br> **Gaithersburg, MD 20878-1933** <br> City                    State              ZIP Code | If any books of account and records are unavailable, explain why <br><br> _____ <br><br> _____ <br><br> _____ |
| 26c.4. **Patrick Deane** <br> Name <br><br> **3838 N Kenneth Ave** <br> Street <br><br><br> **Chicago, IL 60641-2814** <br> City                    State              ZIP Code | If any books of account and records are unavailable, explain why <br><br> _____ <br><br> _____ <br><br> _____ |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**    Case number *(if known)*
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.5.

**Jeremy Neace**
Name

**6587 Las Vegas Blvd S Unit 171**
Street

**Las Vegas, NV 89119-3234**
City                          State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.6.

**Elizabeth Powers**
Name

**6587 Las Vegas Blvd S Unit 171**
Street

**Las Vegas, NV 89119-3234**
City                          State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.7.

**Nevada Bankruptcy Attorneys LLC**
Name

**5502 S Fort Apache Rd Ste 200**
Street

**Las Vegas, NV 89148-7683**
City                          State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.8.

**USVEN LLC dba Real Estate Consulting Services**
Name

**10161 Park Run Dr Ste 150**
Street

**Las Vegas, NV 89145-8872**
City                          State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.9.

**Brio Financial Group**
Name

**19 Sutter St**
Street

**San Francisco, CA 94104**
City                          State              ZIP Code

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**    Case number *(if known)*
        Name

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.10.

**NFS Leasing, Inc.**
Name

**900 Cummings Ctr Ste 226u**
Street

**Beverly, MA 01915-6183**
City                                State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.11.

**North Star Leasing**
Name

**Po Box 4505**
Street

**Burlington, VT 05406-4505**
City                                State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.12.

**Betson Enterprises**
Name

**303 Paterson Plank Rd**
Street

**Attn Betson Imperial Parts & Service**

**Carlstadt, NJ 07072-2307**
City                                State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.13.

**NOTL Property Owner LLC**
Name

**212 E 3rd St Ste 300**
Street

**Attn Tim Perry c/o North American Properties**

**Cincinnati, OH 45202-5500**
City                                State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.14.

**SRMF Town Square Owner LLC**
Name

**200 S Michigan Ave Ste 400**
Street

**c/o Fairbourne Properties, LLC Attn George Manojlovic**

**Chicago, IL 60604-2411**
City                                State              ZIP Code

Debtor    VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC
_____
Name

Case number *(if known)* _____

| 26c.15. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **NewtekOne** | _____ |
| | Name | _____ |
| | **4800 T Rex Ave** | _____ |
| | Street | |
| | _____ | |
| | **Boca Raton, FL 33431-4479** | |
| | City                    State              ZIP Code | |

| 26c.16. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **Woodfield Mall LLC** | _____ |
| | Name | _____ |
| | **225 W Washington St** | _____ |
| | Street | |
| | **c/o M.S. Management Associates inc.** | |
| | **Indianapolis, IN 46204-3435** | |
| | City                    State              ZIP Code | |

| 26c.17. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **Joe Burda** | _____ |
| | Name | _____ |
| | **6587 Las Vegas Blvd S Unit 171** | _____ |
| | Street | |
| | _____ | |
| | **Las Vegas, NV 89119-3234** | |
| | City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **NewtekOne** |
| Name |
| **4800 T Rex Ave** |
| Street |
| |
| **Boca Raton, FL 33431-4479** |
| City                    State              ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Joe Burda** | **02/28/2025** | **$43,595.52** |

Debtor    VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC
         Name                                                          Case number *(if known)* _____

| Name and address of the person who has possession of inventory records |
|---|

27.1.  **Patrick Deane**
       Name

       **3838 N Kenneth Ave**
       Street

       _____

       **Chicago, IL 60641-2814**
       City                     State          ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Joe Burda** | **03/31/2025** | **$43,575.52** |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  **Patrick Deane**
       Name

       **3838 N Kenneth Ave**
       Street

       _____

       **Chicago, IL 60641-2814**
       City                     State          ZIP Code

28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Velocity Esports, Inc.** | **3838 N Kenneth Ave Chicago, IL 60641-2814** | **Managing Member, Ownership** | **100.00%** |

29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

30.  Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**
Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Velocity Esports, Inc.** | EIN:  8 7 – 3 8 0 7 3 8 3 |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**    Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**05/08/2025**___
MM/  DD/  YYYY

**X** **/s/ Philip Kaplan**                              Printed name _____**Philip Kaplan**_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Director of Velocity Esports, Inc.**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>District of Nevada</strong></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NewtekOne<br>4800 T Rex Ave<br>Boca Raton, FL 33431-4479 | | SBA Loan | | | | $2,476,815.00 |
| 2 | Brink's U.S.<br>Po Box 18100<br>Richmond, VA 23226-8100 | | | | | | $30,037.04 |
| 3 | Focal Service LLC<br>1333 Burr Ridge Pkwy Ste 200<br>Burr Ridge, IL 60527-0833 | | Printer/Copier Rental | | | | $4,289.53 |
| 4 | RM Services LLC<br>226 New London Tpke<br>Wyoming, RI 02898-1017 | | Cooler Repair Services | | | | $4,224.90 |
| 5 | Intercard, Inc.<br>1884 Lackland Hill Pkwy Ste 1<br>Saint Louis, MO 63146-3569 | | | | | | $3,749.00 |
| 6 | ComEd<br>Po Box 805379<br>Chicago, IL 60680-4179 | | Electric Utility | | | | $2,560.48 |
| 7 | BMI Merchandise, Inc.<br>1960 Rutgers Univ Blvd<br>Lakewood, NJ 08701-4537 | | Merchandise Supplier | | | | $1,606.17 |
| 8 | Sun Ray Heating, Inc.<br>21740 Main St<br>Matteson, IL 60443-2746 | | HVAC Maintenance | | | | $1,410.00 |

Debtor    **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | D & H Lawn Irrigation Inc. Po Box 128 Tinley Park, IL 60477-0128 | | Services | | | | $1,015.00 |
| 10 | Johnson Controls Security Solutions Po Box 591 Milwaukee, WI 53201 | | Maintenance Services | | | | $600.00 |
| 11 | Ecolab USA Inc. 1 Ecolab Pl Saint Paul, MN 55102-2739 | | Commercial Sanitation Supplier, Pest Control Services | | | | $572.65 |
| 12 | NUCO2 2800 Se Market Pl Stuart, FL 34997-4965 | | Carbon Dioxide Supplier | | | | $508.39 |
| 13 | Betson Enterprises Attn Betson Imperial Parts & Service 303 Paterson Plank Rd Carlstadt, NJ 07072-2307 | | Equipment Provider | | | | $466.61 |
| 14 | Toy Factory, LLC 1235 Gembler Rd San Antonio, TX 78219-3212 | | Merchandise Supplier | | | | $464.52 |
| 15 | Stuever & Sons Beverage Systems 1001 N Lombard Rd Lombard, IL 60148-1254 | | Beer Line Contracting Services | | | | $109.00 |
| 16 | Fish Window Cleaning 200 Enchanted Pkwy Manchester, MO 63021-5418 | | Window Cleaning Services | | | | $100.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: **VELOCITY ESPORTS CHICAGO**                    CASE NO
          **SCHAUMBURG, LLC**

                                                      CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**05/08/2025**___    Signature _____**/s/ Philip Kaplan**_____

                            Philip Kaplan, Director of Velocity Esports, Inc.

4940 West Ponderosa, LLC
2443 Fillmore St Pmb 289
San Francisco, CA 94115-1814


4958 West Ponderosa I, LLC
3838 N Kenneth Ave
Chicago, IL 60641-2814


4958 West Ponderosa II, LLC
3838 N Kenneth Ave
Chicago, IL 60641-2814


745 Quaking Aspen, LLC
2443 Fillmore St Pmb 289
San Francisco, CA 94115-1814


Betson Enterprises
Attn Betson Imperial Parts & Service
303 Paterson Plank Rd
Carlstadt, NJ 07072-2307


BMI Merchandise, Inc.
1960 Rutgers Univ Blvd
Lakewood, NJ 08701-4537


Brink's U.S.
Po Box 18100
Richmond, VA 23226-8100


CenterEdge Software
Po Box 1359
Roxboro, NC 27573-1359

ComEd
Po Box 805379
Chicago, IL 60680-4179

D & H Lawn Irrigation Inc.
Po Box 128
Tinley Park, IL 60477-0128

Ecolab USA Inc.
1 Ecolab Pl
Saint Paul, MN 55102-2739

Fish Window Cleaning
200 Enchanted Pkwy
Manchester, MO 63021-5418

Focal Service LLC
1333 Burr Ridge Pkwy Ste 200
Burr Ridge, IL 60527-0833

Intercard, Inc.
1884 Lackland Hill Pkwy Ste 1
Saint Louis, MO 63146-3569

Johnson Controls Security
Solutions
Po Box 591
Milwaukee, WI 53201

Leonard Wanger
3838 N Kenneth Ave
Chicago, IL 60641-2814

NewtekOne
4800 T Rex Ave
Boca Raton, FL 33431-4479


NFS Leasing, Inc.
900 Cummings Ctr Ste 226u
Beverly, MA 01915-6183


NUCO2
2800 Se Market Pl
Stuart, FL 34997-4965


Philip N Kaplan
2443 Fillmore St #289
San Francisco, CA 94115-1814


Philip N. Kaplan Sep. Prop.
Trust dtd 6/27/2011
3838 N Kenneth Ave
Chicago, IL 60641-2814


RM Services LLC
226 New London Tpke
Wyoming, RI 02898-1017


Rockbot, Inc.
1625 Clay St
Oakland, CA 94612-1562


Stuever & Sons Beverage
Systems
1001 N Lombard Rd
Lombard, IL 60148-1254

Sun Ray Heating, Inc.
21740 Main St
Matteson, IL 60443-2746


The LRW Revocable Trust,
dated 3/9/2012
3838 N Kenneth Ave
Chicago, IL 60641-2814


Toy Factory, LLC
1235 Gembler Rd
San Antonio, TX 78219-3212


Velocity Esports Chicago
Schaumburg, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234


VELOCITY ESPORTS LAS
VEGAS TOWN SQUARE, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234


VELOCITY ESPORTS
NEWPORT KENTUCKY II, LLC
1 Levee Way Ste 2130
Newport, KY 41071-1658


VELOCITY ESPORTS
NEWPORT KENTUCKY, LLC
1 Levee Way Ste 2130
Newport, KY 41071-1658


VELOCITY ESPORTS ORLANDO
DOWNTOWN, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234

Woodfield Mall LLC
c/o M.S. Management Associates inc.
225 W Washington St
Indianapolis, IN 46204-3435

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/08/2025__
       MM/ DD/ YYYY

**X** **/s/ Philip Kaplan**
Signature of individual signing on behalf of debtor

**Philip Kaplan**
Printed name

**Director of Velocity Esports, Inc.**
Position or relationship to debtor

## United States Bankruptcy Court
### District of Nevada

In re  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

Case No. _____

Debtor(s)

Chapter            **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Velocity E-Sports Inc**

☐ None [*Check if applicable*]

**05/08/2025**

Date

/s/ Matthew Knepper

**Matthew Knepper**
Signature of Attorney or Litigant
Counsel for **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**
**Bar Number: 12796**
**Nevada Bankruptcy Attorneys, LLC**
**5502 S Fort Apache Rd Ste 200**
**Las Vegas, NV 89148-7683**
**Phone: (702) 805-1659**
**Email: mknepper@nvbankruptcyattorneys.com**

1

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

IN RE: **VELOCITY ESPORTS**                  CASE NO
       **CHICAGO SCHAUMBURG,**
       **LLC**                               CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY

### PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

- ❑ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
  I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

- ❑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
  I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date                            **/s/ Philip Kaplan**
**05/08/2025**

                            Philip Kaplan
                            Director of Velocity Esports, Inc.
                            EIN No.  1 5 9 0

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date                            **/s/ Matthew Knepper**
**05/08/2025**

                            Matthew Knepper
                            Attorney