Fill in this information to identify the case:

Debtor name  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): **25-12629**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases***(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

**2.1**
Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

**2.2**
Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

Debtor  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**              Case number *(if known)*  **25-12629**
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Betson Enterprises<br>Attn Betson Imperial Parts & Service<br>303 Paterson Plank Rd<br>Carlstadt, NJ 07072-2307<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Equipment Provider<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $466.61 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>BMI Merchandise, Inc.<br>1960 Rutgers Univ Blvd<br>Lakewood, NJ 08701-4537<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Merchandise Supplier<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,606.17 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Brink's U.S.<br>Po Box 18100<br>Richmond, VA 23226-8100<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  5  2  0  0 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $30,037.04 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>ComEd<br>Po Box 805379<br>Chicago, IL 60680-4179<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Electric Utility<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,560.48 |

Debtor **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**  Case number *(if known)* **25-12629**
Name

### Part 2: Additional Page

---

**3.5** Nonpriority creditor's name and mailing address
D & H Lawn Irrigation Inc.
Po Box 128
Tinley Park, IL 60477-0128

Date or dates debt was incurred: 12/09/2024
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: $1,015.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Ecolab USA Inc.
1 Ecolab Pl
Saint Paul, MN 55102-2739

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: $572.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commercial Sanitation Supplier, Pest Control Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Fish Window Cleaning
200 Enchanted Pkwy
Manchester, MO 63021-5418

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Window Cleaning Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Focal Service LLC
1333 Burr Ridge Pkwy Ste 200
Burr Ridge, IL 60527-0833

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: $4,289.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Printer/Copier Rental

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**  Case number *(if known)* **25-12629**
Name

### Part 2: Additional Page

---

**3.9** **Nonpriority creditor's name and mailing address**
Intercard, Inc.
1884 Lackland Hill Pkwy Ste 1
Saint Louis, MO 63146-3569

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,749.00

---

**3.10** **Nonpriority creditor's name and mailing address**
Johnson Controls Security Solutions
Po Box 591
Milwaukee, WI 53201

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Maintenance Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.11** **Nonpriority creditor's name and mailing address**
NUCO2
2800 Se Market Pl
Stuart, FL 34997-4965

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Carbon Dioxide Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$508.39

---

**3.12** **Nonpriority creditor's name and mailing address**
Receivables Control Corporation
Attn: Jacob Burgess
7373 Kirkwood Ct N Ste 200
Maple Grove, MN 55369-5264

Date or dates debt was incurred _____
Last 4 digits of account number  1  4  7  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,625.07

---

Debtor **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**  Case number *(if known)* **25-12629**
Name

### Part 2: Additional Page

---

**3.13** **Nonpriority creditor's name and mailing address**
RM Services LLC
226 New London Tpke
Wyoming, RI 02898-1017

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cooler Repair Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,224.90

---

**3.14** **Nonpriority creditor's name and mailing address**
Stuever & Sons Beverage Systems
1001 N Lombard Rd
Lombard, IL 60148-1254

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Beer Line Contracting Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$109.00

---

**3.15** **Nonpriority creditor's name and mailing address**
Sun Ray Heating, Inc.
21740 Main St
Matteson, IL 60443-2746

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** HVAC Maintenance

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,410.00

---

**3.16** **Nonpriority creditor's name and mailing address**
Toy Factory, LLC
1235 Gembler Rd
San Antonio, TX 78219-3212

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Merchandise Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$464.52

---

Debtor  **VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC**　　　　　　　　　Case number *(if known)*  **25-12629**
　　　　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $58,338.36 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $58,338.36 |